## Commonwealth *v.* Bellman, Appellant.

Submitted June 10, 1974. *Gerald A. Stein,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *David Richman, William C. Turnoff, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Craig, Appellant.

Before BRADLEY, J., without a jury.

Submitted June 11, 1974. *Stephen Robert LaCheen,* for appellant; *Michael M. Mustokoff, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.